**U.S. Department of Justice**
Drug Enforcement Administration

## REPORT OF INVESTIGATION

Page 1 of 5

| 1. Program Code | 2. Cross File | Related Files | | |
|---|---|---|---|---|
| 5. By: Thomas F Hickey, SA<br>At: Winchester RO | ☐<br>☐<br>☐<br>☐ | | | |
| 7. ☐ Closed  ☐ Requested Action Completed<br>☐ Action Requested By: | ☐ | 8. Date Prepared<br>04-24-2018 | | |
| 9. Other Officers: | | | | |

10. Report Re: Interview of DFS Personnel on 04-17-2018

### SYNOPSIS

On April 17, 2018, SA Hickey interviewed Dr. Carol O'Neal, Dr. Kevin Schneider and Dr. Jocelyn Posthumus at the Department of Forensic Sciences in Manassas, VA.  This is SA Hickey's interpretation of that interview.

### DETAILS

1. On April 17, 2018, SA Hickey interviewed Dr. Carol O'Neal, Dr. Kevin Schneider and Dr. Jocelyn Posthumus at the Department of Forensic Sciences in Manassas, VA.  Assistant US Attorney Kulpa was also present for the interview.  The doctors were interviewed together, partly because of their overlapping roles in this investigation.  The involvement is broken down as follows:
Dr. Jocelyn Posthumus –
   - C████████ S████████ autopsy – FS Lab # N16-2452
   - J████████ H████████ autopsy – FS Lab #N16-1608
Dr. Kevin Schneider –
   - C████████ S████████ toxicology – FS  Lab # N16-2452
   - T████ M████████ toxicology – FS Lab # N16-2565
Dr. Carol O'Neal –
   - J████████ H████████ toxicology – FS Lab #N16-1608
   - J████████ H████████ toxicology – FS Lab #N15-4116
   **H████████ Non-Fatal – June 2015**
2. The non-fatal overdose of J████████ H████████ from June 2015 was discussed first.  Dr. Posthumus stated that the Meprobamate is a

| 11. Distribution:<br>Division<br><br>District<br><br>Other | 12. Signature (Agent)<br><br>/s/ Thomas F Hickey, SA | 13. Date<br>04-24-2018 |
|---|---|---|
| | 14. Approved (Name and Title)<br>/s/ Stanley W Kennedy, RAC | 15. Date<br>05-08-2018 |

DEA Form    - 6
(Jul. 1996)

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

USAO017498

U.S. Department of Justice
Drug Enforcement Administration

| REPORT OF INVESTIGATION<br><br>*(Continuation)* | |
|---|---|
| 4.<br>Page 2 of 5 | |
| 5. Program Code | 6. Date Prepared<br>04-24-2018 |

metabolite of Soma, a muscle relaxer and has seen amounts greater than 10mg/L in blood results of those who have been driving. Dr. Posthumus added that this amount would be seen in someone who does not take the drug on a regular basis, but someone who may have taken a dose or two. Dr. Posthumus clarified that Diazepam and the Nordiazepam are known as Valium and the Alprazolam is Xanax. Dr. Posthumus noted the amounts of all three drugs were at the low side of their therapeutic levels. Dr. O'Neal stated the amount of Morphine located in the blood (0.014mg/L) was consistent with levels she has seen in other non-fatal overdoses. Both Dr. Posthumus and Dr. Schneider agreed with her statement. Dr. O'Neal stated the low level of the THC leads her to believe that H███████ had not smoked marijuana in a couple of hours.

3. Dr. O'Neal described Fentanyl as a drug that was originally used for surgery and is now prescribed to people with chronic pain and/or very high pain. Dr. O'Neal said that they may have been on opiates for some time and now they are prescribed Fentanyl because their tolerance levels are so high. Dr. O'Neal stated that because of Fentanyl's potency, the potential for pain relief is higher, but the potential for an overdose is higher as well.

4. Dr. O'Neal described a Fentanyl patch as being designed to provide a steady stream of Fentanyl at 0.01mg over three days and stated that someone prescribed a Fentanyl patch would have a therapeutic level of 0.001-0.002mg/L. Dr. O'Neal stated that if she were to look at H███████ 0.0084mg/L level and believe the person to be opiate naïve, she would believe H███████ to be deceased at that level and said the 0.0084mg/L is enough Fentanyl to cause serious bodily injury in a person. Dr. O'Neal stated the person would experience respiratory depression to the point of respiratory arrest. Dr. Posthumus added that when Fentanyl is given in a hospital setting, there are measures in place to ensure patient respirations. Again, Dr. O'Neal and Dr. Schneider agreed with the statements. Dr. Posthumus added that H███████ had pills in her possession consistent with what was in her system.

5. ████████████████████████████████████████████████ Dr. Posthumus noted the external exam and fluid draw was conducted by Dr. Crovatin at the Omps Funeral Home in Winchester, VA. Dr. Posthumus

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to w hich loaned.

Previous edition dated 8/94 may be used.

USAO017499

**U.S. Department of Justice**
Drug Enforcement Administration

| | |
|---|---|
| **REPORT OF INVESTIGATION**<br>*(Continuation)* | ▮▮▮▮▮ ▮▮▮▮ ▮▮▮<br>▮▮▮▮ ▮▮ ▮▮ ▮▮ |
| **4.**<br>**Page   3   of   5** | |
| 5. Program Code | 6. Date Prepared<br>04-24-2018 |

stated that in cases where a drug overdose is likely, a local Medical Examiner is sent to the hospital or a funeral home to conduct an external exam and perform the fluid draw.  Dr. Posthumus said blood is drawn as well as fluid from the Vitreous Humor and sent to DFS for analysis.  Dr. Posthumus explained the location of the blood draw in this instance is not important because the body was in a controlled environment and there was minimal pooling of blood.  Dr. Posthumus stated that Dr. Crovatin submits all his paperwork to the assigned Medical Examiner and then the Medical Examiner will issue the results of the case based on all the information.

6.  Dr. O'Neal said the chemical structure of Fentanyl is different from that of Morphine and would not show in the Opiate screen at that time.  Dr. O'Neal stated the Vitreous Humor was not tested for Fentanyl, just the opiate screen.

7.  Dr. O'Neal stated the tests on the Vitreous Humor are conducted to determine alcohol levels as well as in heroin overdoses.  Dr. O'Neal said that when heroin is introduced to the body, it metabolizes to 6-Acetylmorphine and the 6-Acetylmorphine is likely to be found in the Vitreous Humor because of the amount of time necessary to flush it out.  Dr. O'Neal explained that due to the chemical composition of 6-Acetylmorphine, and the cell membrane composition of the human eye, the 6-Acetylmorphine is likely to remain in the eye when it has metabolized in the body.  Because heroin is the only drug that metabolizes into 6-Acetylmorphine, DFS can identify which deaths are heroin related.

8.

DEA Form      - 6a
(Jul. 1996)

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.                    USAO017500

U.S. Department of Justice
Drug Enforcement Administration

| REPORT OF INVESTIGATION | |
|---|---|
| *(Continuation)* | |

| 4. Page   4   of   5 | |
|---|---|
| 5. Program Code | 6. Date Prepared 04-24-2018 |

9.

10.   When asked about the Uncertainty of Measurement Reporting, Dr. Schneider summed up the process as it being a statistical calculation based upon all the state laboratories worst case scenario taking all the technicians and machines into effect.  Dr. Schneider stated the measurement is recalculated on a regular basis and is always changing.

**S██ Fatal – March 2016**

11.   The C███ S███ fatal overdose was then discussed.  Dr. Posthumus explained that Dr. Crovatin again performed the exterior examination and drew blood and the Vitreous Humor fluid and submitted it to the DFS.  Dr. Posthumus stated that Dr. Frances Field was the Medical Examiner to prepare the final report and that Dr. Field has since retired.  Dr. Posthumus stated she has reviewed all of the documents prepared in this investigation and concurs with Dr. Fields' conclusions that S███ cause of death was Acute Fentanyl Poisoning.  Dr. Schneider explained that the blood was analyzed for the drugs of abuse panel and Fentanyl was the only drug detected at 0.016mg/L.  Dr. Schneider said that a 0.005mg/L level of Fentanyl in the blood of an opiate naïve person would probably be a fatal dose.

**M██ Non-Fatal – March 2016**

12.   The T█ M██ non-fatal overdose was then discussed.  Dr. Schneider stated the blood was tested for the full drugs of abuse screen and found Doxylamine, Dextromethorphan and Fentanyl to be present.  Dr. Schneider stated that the Doxylamine is an antihistamine and the Dextromethorphan is a cough syrup.  Dr. Schneider said that these ingredients are found in over the counter medication such as Z-Quil or Nyquil.  Dr. Schneider stated the amounts found in M██ blood analysis were to be low therapeutic levels consistent with taking the medicine to treat a cold.   Dr. Schneider stated the 0.0044mg/L level of Fentanyl in M██ blood was enough to cause serious bodily injury.  Dr. Schneider said that M██ passing out is a consistent side effect of Fentanyl use and an overdose due to the fact that respirations are

DEA Form     - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

USAO017501

U.S. Department of Justice
Drug Enforcement Administration

| REPORT OF INVESTIGATION<br>*(Continuation)* | | |
|---|---|---|
| 4.<br>Page  5  of  5 | | |
| 5. Program Code | 6. Date Prepared<br>04-24-2018 | |

depressed.  Dr. Schneider said the administration of Narcan to someone in this state is indicative of one experiencing a serious bodily injury.

13.   Dr. Schneider was asked to explain the different outcomes between S⬛⬛ and M⬛⬛.  Dr. Schneider said it was possible that S⬛⬛ used more drugs in h⬛ "dose" than M⬛⬛ did or an inconsistent purity level could have been in play.  Dr. O'Neal said there was no way to tell how strong a dose M⬛⬛ did get because ⬛ was still metabolizing the Fentanyl whereas S⬛ was not.

14.   Dr. Schneider explained that when one snorts drugs, it goes to the lungs, which has a large surface area to absorb the drugs into the blood.  Dr. Schneider said because of this dissipation, the effects are a little slower to get to the brain to feel it and to get the full effect of the rush.  Dr. Schneider said that when snorting drugs, some of them go into the stomach and get absorbed into the blood from there as well.  Dr. Schneider said when injecting drugs, they are deposited right into the blood and get the full effect quickly upon reaching the brain.

15.   Dr. Schneider and Dr. O'Neal were then asked what effect cutting heroin with Subutex would have and wondered if one would have to use more to get the same high.  After discussion, it was believed that cutting heroin with any substance would dilute the purity level of the heroin and one would have to use more cut heroin to get the same effect of the uncut heroin.  Dr. Schneider stated that if one got used to the cut heroin and then used the same amount of the uncut heroin, that person could experience a serious bodily injury and/or die.  Dr. O'Neal agreed with Dr. Schneider.

DEA Form      - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

USAO017502